**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES, UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, INC., and AXCESS GLOBAL SCIENCES, LLC, | Case No. _____ |
| | |
|      Plaintiffs, | **JURY TRIAL DEMANDED** |
| vs. | |
| ANCIENT BRANDS, LLC, | |
|      Defendant. | |
| _____/ | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs University of South Florida Board of Trustees, University of South Florida Research Foundation, Inc., and Axcess Global Sciences, LLC ("Plaintiffs") hereby complain and allege as follows against Defendant Ancient Brands, LLC dba Ancient Nutrition ("Ancient Nutrition").

## NATURE OF THE ACTION

1.    This action arises under the patent laws of the United States, 35 U.S.C. § 101, et seq.  Plaintiffs bring this action for patent infringement of U.S. Patent No. 10,646,462 (the "USF Patent") and 10,292,952 (the "AGS Patent") (collectively, the

"Asserted Patents") for the Defendant's sale of its Keto Fire supplement products (the "Accused Products") which practice the inventions of the Asserted Patents without authorization.

## PARTIES

2.    Plaintiff University of South Florida Board of Trustees ("USF-BOT") is the governing body for the University of South Florida, a public university of the State of Florida, and Plaintiff University of South Florida Research Foundation, Inc. ("USF-RF") (collectively, "USF") is a direct support organization for the University of South Florida, each having a principal place of business at 4202 E. Fowler Avenue, Tampa, FL 33620, USA.

3.    Plaintiff Axcess Global Sciences, LLC ("AGS") is a Utah limited liability company with a principal place of business at 2157 Lincoln Street, Salt Lake City, UT 84106.

4.    Defendant Ancient Brands, LLC dba Ancient Nutrition ("Ancient Nutrition") is a Florida limited liability corporation with an agent address at 1200 S Pine Island Rd, Plantation, FL 333242 and a principal business located at 2000 Mallory Lane, Suite 130-307, Franklin, TN 37067.  On information and belief, Ancient Nutrition also has numerous employees in the State of Florida and maintains a principal place of business at 1201 US Highway One, North Palm

Beach, FL 33408 and other regular and established places of business in the State of Florida and in this District.

## JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 101 et seq.

6. This Court has personal jurisdiction over Defendant because Defendant is an entity organized and existing under the laws of the State of Florida and because the Defendant maintains employees and physical places of business in this judicial district and within the State of Florida.  The Defendant maintains, for example, premises and hires employees in this judicial district, as shown in Exhibit A.

7. Venue is proper in this Court under 28 U.S.C. § 1400(b) because the Defendant is an entity organized and existing under the laws of the State of Florida and because the Defendant maintains employees and a regular and established place of business in this judicial district and within the State of Florida.  The Defendant maintains premises and hires employees in this judicial district, as shown in Exhibit A.

## FACTUAL ALLEGATIONS

8.      Plaintiffs USF-BOT and USF-RF, through tenured professors and researchers like Dr. Dominic ("Dom") D'Agostino, are innovators in the fields of metabolic health, ketosis, and ketogenic diets.  Dr. D'Agostino's research relates primarily to the benefits of nutritional and therapeutic ketosis and the development of oral ketone supplements that may safely elevate blood ketone levels.  Dr. D'Agostino's inventions at issue in this litigation are described in the USF Patent (U.S. Patent No. 10,646,462) as compositions of ketone precursors comprising "at least one medium chain fatty acid, or an ester thereof such as a medium chain triglyceride, and a β-hydroxybutyrate ketone source or precursor." *See* USF Patent at 6:37-39.

9.      Plaintiff AGS is the owner of numerous U.S. patents including the AGS Patent (U.S. Patent No. 10,292,952) in the field of exogenous ketones and ketogenic precursor supplement products.

10.     The inventions of the Asserted Patents relate to compositions that aid the body in producing and sustaining elevated levels of ketone bodies in the blood and assisting in the body's transition into nutritional ketosis.

11.     Defendant sells supplement products that practice the inventions of the Asserted Patents, including the Keto Fire supplement products depicted

below:



https://ancientnutrition.com/products/keto-fire

12.    Defendant describes the benefits of its Keto Fire supplement product

as including the following:

- Promotes healthy energy levels & athletic performance;

- Promotes healthy body composition & weight management;

- Helps reduce body fat percentage;

- Helps reduce stress-induced food cravings; and

- Promotes healthy fat metabolism.

5

13.    The Defendant provides the supplement facts panel below in connection with the sale of the Keto Fire supplement product:



https://ancientnutrition.com/products/keto-fire

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 10,646,462

14.    Plaintiffs incorporate all of the allegations of the preceding paragraphs as if fully set forth herein.

15.    On May 12, 2020, the USF Patent, titled "Compositions and Methods for Producing Elevated and Sustained Ketosis" was duly and legally issued.  A true and correct copy of the USF Patent is attached as Exhibit B.

16.    USF is the owner of the USF Patent and AGS is an exclusive licensee

of the USF Patent.

17.    Defendant makes, uses, offers for sale, sells, and distributes ketone supplement products that practice the invention of the USF Patent (the "Accused Products") including the exemplary products sold by Defendant as "NCT Powder" exogenous ketone supplement products.

18.    Exemplary claim 4 of the USF Patent, which depends from claim 1, is reproduced below:

1.    A composition for inducing ketosis, suppressing appetite, or promoting weight loss in a mammal, comprising therapeutically effective amounts of:

at least one medium chain fatty acid or ester thereof; and

a beta-hydroxybutyrate monomer salt mixture comprising a plurality of beta-hydroxybutyrate monomer salts with at least two beta-hydroxybutyrate monomer salts selected from the group consisting of sodium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, calcium beta-hydroxybutyrate, magnesium beta-hydroxybutyrate, lithium beta-hydroxybutyrate, arginine beta-hydroxybutyrate, lysine beta-hydroxybutyrate, histidine beta-hydroxybutyrate, ornithine beta-hydroxybutyrate, creatine beta-hydroxybutyrate, agmatine beta-hydroxybutyrate, and citrulline beta-hydroxybutyrate.

4.    The composition of claim 1, wherein the beta-hydroxybutyrate monomer salt mixture comprises at least three of sodium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, calcium beta-hydroxybutyrate, or magnesium beta-hydroxybutyrate.

7

USF Patent, claim 4.

19.    One or more Accused Products infringe at least claim 4 of the USF

Patent, which depends from claim 1, in the exemplary manner shown below.

> 1. **A composition for inducing ketosis, suppressing appetite, or promoting weight loss in a mammal, comprising therapeutically effective amounts of**:
>
> at least one medium chain fatty acid or ester thereof; and
>
> a beta-hydroxybutyrate monomer salt mixture comprising a plurality of beta-hydroxybutyrate monomer salts with at least two beta-hydroxybutyrate monomer salts selected from the group consisting of sodium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, calcium beta-hydroxybutyrate, magnesium beta-hydroxybutyrate, lithium beta-hydroxybutyrate, arginine beta-hydroxybutyrate, lysine beta-hydroxybutyrate, histidine beta-hydroxybutyrate, ornithine beta-hydroxybutyrate, creatine beta-hydroxybutyrate, agmatine beta-hydroxybutyrate, and citrulline beta-hydroxybutyrate.
>
> 4. The composition of claim 1, wherein the beta-hydroxybutyrate monomer salt mixture comprises at least three of sodium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, calcium beta-hydroxybutyrate, or magnesium beta-hydroxybutyrate.

USF Patent, claim 4.



https://ancientnutrition.com/products/keto-fire



https://ancientnutrition.com/products/keto-fire

20.    The Accused Products further infringe at least claim 4, which depends

from claim 1, of the USF Patent in the exemplary manner shown below.

1.    A composition for inducing ketosis, suppressing appetite, or promoting weight loss in a mammal, comprising therapeutically effective amounts of:

**at least one medium chain fatty acid or ester thereof; and**

a beta-hydroxybutyrate monomer salt mixture comprising a plurality of beta-hydroxybutyrate monomer salts with at least two beta-hydroxybutyrate monomer salts selected from the group consisting of sodium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, calcium beta-hydroxybutyrate, magnesium beta-hydroxybutyrate, lithium beta-hydroxybutyrate, arginine beta-hydroxybutyrate, lysine beta-hydroxybutyrate, histidine beta-hydroxybutyrate, ornithine beta-hydroxybutyrate, creatine beta-hydroxybutyrate, agmatine beta-hydroxybutyrate, and citrulline beta-hydroxybutyrate.

4.    The composition of claim 1, wherein the beta-hydroxybutyrate monomer salt mixture comprises at least three of sodium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, calcium beta-hydroxybutyrate, or magnesium beta-hydroxybutyrate.

USF Patent, claim 4.



https://ancientnutrition.com/products/keto-fire

21.     The Accused Products further infringe at least claim 4 of the USF

Patent, which depends from claim 1, in the exemplary manner shown below.

> 1.   A composition for inducing ketosis, suppressing appetite, or promoting weight loss in a mammal, comprising therapeutically effective amounts of:
>
> at least one medium chain fatty acid or ester thereof; and
>
> **a beta-hydroxybutyrate monomer salt mixture comprising a plurality of beta-hydroxybutyrate monomer salts with at least two beta-hydroxybutyrate monomer salts selected from the group consisting of sodium beta-hydroxybutyrate,** potassium beta-hydroxybutyrate, **calcium beta-hydroxybutyrate, magnesium beta-hydroxybutyrate,** lithium beta-hydroxybutyrate, arginine beta-hydroxybutyrate, lysine beta-hydroxybutyrate, histidine beta-hydroxybutyrate, ornithine beta-hydroxybutyrate, creatine beta-hydroxybutyrate, agmatine beta-hydroxybutyrate, and citrulline beta-hydroxybutyrate.

4. The composition of claim 1, wherein the beta-hydroxybutyrate monomer salt mixture comprises **at least three of sodium beta-hydroxybutyrate,** potassium beta-hydroxybutyrate, **calcium beta-hydroxybutyrate, or magnesium beta-hydroxybutyrate**.

USF Patent, claim 4.



https://ancientnutrition.com/products/keto-fire

22.    Defendant has directly infringed at least claim 4 of the USF Patent, which depends from claim 1, in the United States by making, using, offering for sale, selling, and/or importing the Accused Products in violation of 35 U.S.C. § 271(a).  As such, Defendant is liable for infringement of the USF Patent under 35 U.S.C. § 271(a).

23.    Defendant is on notice of its infringement of the USF Patent having received actual notice of its infringement from the Plaintiffs on or about November

9, 2022. *See* Exhibit D.

24.     Defendant has willfully infringed the USF Patent with knowledge of the USF Patent or was willfully blind to the USF Patent and the risk of the Defendant's infringement.

25.     Defendant's acts of infringement have caused damage to Plaintiffs. Plaintiffs are therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

### COUNT II – INFRINGEMENT OF U.S. PATENT NO. 10,292,952

26.     Plaintiffs incorporate all of paragraphs 1 through 13 as if fully set forth herein.

27.     On May 21, 2019, the AGS Patent, titled "Mixed Salt Compositions for Maintaining or Restoring Electrolyte Balance While Producing Elevated and Sustained Ketosis" was duly and legally issued.  A true and correct copy of the AGS Patent is attached as Exhibit C.

28.     AGS is the owner of the AGS Patent.

29.     Defendant makes, uses, offers for sale, sells, and distributes ketone supplement products that practice the invention of the AGS Patent (the "Accused Products"), including exemplary products sold by Defendant as "NCT Powder" exogenous ketone supplement products.

30.     Exemplary claim 19 of the AGS Patent is reproduced below:

19. A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:

a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,

the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:

10-70% by weight of sodium beta-hydroxybutyrate;

10-70% by weight of potassium beta-hydroxybutyrate;

10-70% by weight of calcium beta-hydroxybutyrate; and

10-70% by weight of magnesium beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.

AGS Patent, claim 19.

31.     One or more Accused Products infringe at least claim 19 of the AGS Patent in the exemplary manner described below.

32.     To the extent the preamble of claim 19 is limiting, the Accused Products meet the preamble of claim 19 as set forth below:

19. **A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:**

a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,

the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:

   10-70% by weight of sodium beta-hydroxybutyrate;

   10-70% by weight of potassium beta-hydroxybutyrate;

   10-70% by weight of calcium beta-hydroxybutyrate; and

   10-70% by weight of magnesium beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.

AGS Patent, claim 19.



https://ancientnutrition.com/products/keto-fire

33.    The Accused Products further meet the limitations of claim 19 as set

forth below:

> 19. A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:
>
> **a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,**

16

the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:

10-70% by weight of sodium beta-hydroxybutyrate;

10-70% by weight of potassium beta-hydroxybutyrate;

10-70% by weight of calcium beta-hydroxybutyrate; and

10-70% by weight of magnesium beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.

AGS Patent, claim 19.



https://ancientnutrition.com/products/keto-fire

34. On information and belief, the Accused Products further meet the limitations of claim 19 as set forth below:

> 19. A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:
>
> a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,
>
> the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:
>
> > **10-70% by weight of sodium beta-hydroxybutyrate;**
> >
> > 10-70% by weight of potassium beta-hydroxybutyrate;
> >
> > **10-70% by weight of calcium beta-hydroxybutyrate; and**
> >
> > **10-70% by weight of magnesium beta-hydroxybutyrate,**
>
> wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.

AGS Patent, claim 19.



https://ancientnutrition.com/products/keto-fire

35. The Accused Products further meet the limitations of claim 19 as set forth below:

> 19. A composition for maintaining or restoring electrolyte balance while promoting or sustaining ketosis in a mammal, the composition comprising:

> a beta-hydroxybutyrate mixed salt formulated from a plurality of different cations and a single anion, wherein the single anion is beta-hydroxybutyrate, and wherein other anions are omitted from the beta-hydroxybutyrate mixed salt, the cations being formulated so as to provide a biologically balanced set of cationic electrolytes upon administration to a mammal,

> the beta-hydroxybutyrate mixed salt comprising at least three salts selected from the group consisting of:

>> 10-70% by weight of sodium beta-hydroxybutyrate;

>> 10-70% by weight of potassium beta-hydroxybutyrate;

10-70% by weight of calcium beta-hydroxybutyrate; and

10-70% by weight of magnesium beta-hydroxybutyrate,

**wherein the beta-hydroxybutyrate mixed salt is in solid and/or powder form.**

AGS Patent, claim 19.



https://ancientnutrition.com/products/keto-fire

36.     Defendant has directly infringed at least claim 19 of the AGS Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Products in violation of 35 U.S.C. § 271(a).  As such, Defendant is liable for infringement of the AGS Patent under 35 U.S.C. § 271(a).

37.     Defendant is on notice of the AGS Patent having received actual notice of its infringement from the Plaintiffs on or about November 9, 2022.  *See*

Exhibit D.

38.    Defendant's acts of infringement have caused damage to Plaintiffs. Plaintiffs are therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs respectfully pray that the Court enter judgment in its favor and award the following relief against Defendant:

A.    A judgment that Defendant has infringed one or more claims of the USF Patent and the AGS Patent literally and/or under the doctrine of equivalents;

B.    An award of damages pursuant to 35 U.S.C. § 284;

C.    Entry of an injunction against further infringement of the USF Patent and the AGS Patent;

D.    A judgment that this is an exceptional case pursuant to 35 U.S.C. § 285 and an award of the Plaintiffs' reasonable attorneys' fees in this litigation;

E.    An award of prejudgment and post-judgment interest on Plaintiffs' damages;

F.    An award of costs; and

G.    Any such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a jury trial on all matters triable to a jury.

DATED this 10th  day of April 2023.

Respectfully submitted,

/s/ Brian N. Platt

Brian N. Platt (*pro hac vice* forthcoming)
Collin D. Hansen (*pro hac vice* forthcoming)
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707
Email:  bplatt@wnlaw.com

*Attorneys for Plaintiff Axcess Global Sciences, LLC*

/s/ Richard E. Fee

Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com

*Counsel for Plaintiffs University of South Florida Board of Trustees and University of South Florida Research Foundation, Inc.*